UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **JEREMIAH D. BROWN,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   Cause No. 1:12-cv-1491-WTL-DKL |
| | ) |
| **BILL WILSON Superintendent, Indiana State Prison,** | ) |
| | ) |
| Respondent. | ) |

# JUDGMENT

The Court having this day made its Entry, **IT IS THEREFORE ADJUDGED** that the Petitioner take nothing by his amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the civil action docketed as Cause No. 1:12-cv-1491-WTL-DKL is **DISMISSED WITH PREJUDICE**.

SO ORDERED: 11/15/2013

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication.